**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:	John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, subscriber assigned IP address 69.248.90.120,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-10622-BRM-TJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 69.248.90.120, are voluntarily dismissed with prejudice.

DATED: November 2, 2018　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　*Strike 3 Holdings, LLC*

　　　　　　　　　　　　　　　　　　*/s/ John C. Atkin, Esq.*
　　　　　　　　　　　　　　　　　　John C. Atkin, Esq.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By:    /s/ *John C. Atkin*
                                                                             John C. Atkin, Esq.